Robinson *v.* Robinson and Others.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—The judgment in this case is affirmed, with 10 per cent. damages and costs. The record presents no question, nor is any made in a brief.

*D. Moss* and *J. W. Evans*, for the appellant.

*S. Yandes* and *C. C. Hines*, for the appellees.